FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN ALLEN MELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSICA PERRY, JAREN PERRY, DCS INDIANA, et al.,<br><br>    Defendants. | No. 2:23-CV-00309-SAB<br><br>**ORDER DISMISSING COMPLAINT** |

    On October 25, 2023, Plaintiff filed a Complaint Against Defendants. ECF No. 1. He was granted *in forma paueris* on October 27, 2023. ECF No. 4. Plaintiff also filed a Motion for Discovery of Information Necessary to Receive a Fair Trial, ECF No. 3.

    It is not clear why Plaintiff filed this action in the Eastern District of Washington. He lists his address as being in Evansville, Indian. All Defendants are located in Indiana. It appears that Plaintiff understands that the Eastern District of Washington is not the appropriate court to bring his action. In fact, he asks that the Court transfer this case to an appropriate court over dismissal. The Court declines to do so. By filing this action in the Eastern District of Washington, it appears that Plaintiff is abusing the litigation process. As such, relying on its inherent equitable power, *see TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 916 (9th Cir. 1987), and its inherent power to control its docket, *see Thompson v. Housing Authority,*

**ORDER DISMISSING COMPLAINT** ~ 1

782 F.2d 829, 831 (9th Cir. 1986), the Court will dismiss this action without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint, ECF No. 1, is **dismissed**, without prejudice.
2. Plaintiff's Motion for Discovery, ECF No. 3, is **denied**, as moot.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 13th day of December 2023.



                    Stanley A. Bastian
            Chief United States District Judge

**ORDER DISMISSING COMPLAINT** ~ 2